

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2022

No. 04-21-00257-CV

Michael **SHANNON**, Director of Development Services Department, City of San Antonio, Texas; and City of San Antonio, Texas,
Appellants

v.

Arlene W. **BLAIR** and Plaintiff Class Petitioners,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23022
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellants' unopposed motion for an extension of time to file a reply brief is GRANTED. The reply brief is due February 22, 2022.

It is so **ORDERED** on February 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT